ATTORNEY GRIEVANCE COMMISSION   *       IN THE
OF MARYLAND

                                              *       COURT OF APPEALS

                                              *       OF MARYLAND

v.

                                              *       **Misc. Docket AG No. 24,**
                                                      **September Term, 2019**

                                              *

**MIGUEL ALAN HULL**                       **(No. 472283-V, Circuit Court**
                                      *       **for Montgomery County)**

### O R D E R

Upon Consideration of the Joint Petition for Indefinite Suspension by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Miguel Alan Hull, and the record herein, it is this 28th day of February, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that effective March 13, 2020, the Respondent, Miguel Alan Hull, be indefinitely suspended from the practice of law in the State of Maryland for violations of Rule 8.4 (a), (b), (c), and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that, on March 13, 2020, the Clerk of this Court shall remove the name of Miguel Alan Hull from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742; and it is further

**ORDERED**, that, the Respondent, Miguel Alan Hull, will not petition for reinstatement until he has successfully completed the terms of his probation and has been deemed fit to practice law by a medical provider acceptable to Bar Counsel.


/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk